1  MICHAEL D. ROTH (SBN 217464)
     *mroth@kslaw.com*
2  **KING & SPALDING LLP**
3  633 West Fifth Street, Suite 1600
   Los Angeles, CA 90071
4  Telephone: (213) 443-4355
   Facsimile: (213) 443-4310
5
6  *Attorneys for Non-Party Warner Bros. Discovery*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| In re APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* OF ANDREW S. HAN | Case No.  2:23-mc-00065<br><br>**NOTICE TO THE COURT**<br><br>Action Filed:  May 11, 2023<br>Trial Date:    None Set |

PLEASE TAKE NOTICE that Andrew S. Han, Esq., has filed an Application Of Non-Resident Attorney To Appear In A Specific Case *Pro Hac Vice* in order to represent non-party witness Warner Bros. Discovery ("WBD") and, more specifically, to represent a former manager-level employee of WBD who has been subpoenaed to testify at a deposition to take place within this District. *See Wellons v. PNS Stores, Inc.*, No. 18-cv-2913, at *10-11 (S.D. Cal. May 11, 2020) (endorsing pro hac vice admission of non-resident attorneys for the sole purpose of representing a former employee of a corporate defendant at a deposition); *see also In re Application of McCue*, 293 P. 47, 52 (Cal. 1930) (noting that a "deposition . . ., even though held without the court, was in fact a proceeding in court").

This deposition relates to the civil action *Federal Trade Commission v. Meta Platforms, Inc.*, No. 1:20-cv-03590-JEB, in the United States District Court for the District of Columbia. Mr. Han is not a member of the bar of either this Court or the U.S. District Court for the District of Columbia. Due to cost and procedural concerns, Mr. Han has elected to seek pro hac vice admission to this Court in order to represent the former manager-level employee of WBD at the deposition.

DATED:  May 11, 2023

**KING & SPALDING LLP**

By: /s/ Michael D. Roth
MICHAEL D. ROTH
*Attorneys for Non-Party Warner Bros. Discovery*