Name and address:

Michael D. Roth
King & Spalding LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Email:  mroth@kslaw.com

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In Re Application Of Non-Resident Attorney To Appear In A Specific Case Pro Hac Vice Of Andrew S. Han<br><br>Plaintiff(s)<br>v.<br>n/a<br><br>Defendant(s). | CASE NUMBER<br>2:23-mc-00065<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Han, Andrew S.    of

*Applicant's Name (Last Name, First Name & Middle Initial)*

212-512-5636            n/a

*Telephone Number        Fax Number*

andrew.han@warnermedia.com

*E-Mail Address*

Warner Bros. Discovery
8403 Colesville Rd., 16th fl.
Silver Spring, MD 20910

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Warner Bros. Discovery

*Name(s) of Party(ies) Represented*      ☐ Plaintiff(s) ☐ Defendant(s) ☒ Other: non-party witness

**and designating as Local Counsel**

Roth, Michael D.    of

*Designee's Name (Last Name, First Name & Middle Initial)*

217464      (213) 443-4355      (213) 443-4310

*Designee's Cal. Bar No.    Telephone Number    Fax Number*

mroth@kslaw.com

*E-Mail Address*

King & Spalding LLP
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application: _____
☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated** _____     _____
**U.S. District Judge/U.S. Magistrate Judge**

G–64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1